No. 71-6027. Brown v. Ross, Correctional Superintendent. C. A. 4th Cir. Certiorari denied.

No. 71-6028. Ross v. Howard, Warden. Sup. Ct. R. I. Certiorari denied.

No. 71-6031. Stratton v. United States. C. A. 8th Cir. Certiorari denied.

No. 71-6032. Patton v. Indiana. Sup. Ct. Ind. Certiorari denied.

No. 71-6033. Stephenson v. United States. C. A. 5th Cir. Certiorari denied.

No. 71-6036. Johnson v. United States. C. A. 3d Cir. Certiorari denied.

No. 71-6038. Waltenberg v. Supreme Court of Richmond County et al. C. A. 2d Cir. Certiorari denied.

No. 71-6039. Pickett v. Henderson, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 71-6041. Tate v. Grace et al. C. A. 6th Cir. Certiorari denied.

No. 71-6044. Wilson v. United States. C. A. 6th Cir. Certiorari denied.

No. 71-6045. Rodgers v. Gaffney, Warden. C. A. 10th Cir. Certiorari denied.

No. 71-6046. Lucas v. United States. C. A. 9th Cir. Certiorari denied.

No. 71-6047. Mahler v. United States. C. A. 9th Cir. Certiorari denied.

No. 71-6048. Medina v. United States. C. A. 3d Cir. Certiorari denied.